UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Angelica Bueno
                              Plaintiff,

v.                                                    Case No.: 1:22−cv−00617
                                                      Honorable Steven C. Seeger

Experian Information Solutions, Inc.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, March 27, 2023:

    MINUTE entry before the Honorable Steven C. Seeger: Defendant's motion to dismiss for lack of subject matter jurisdiction (Dckt. No. [12]) is hereby granted. Order to follow. As explained in the forthcoming Order, the Court is granting the motion, but is not yet closing the case. The Court will first allow the parties to pursue jurisdictional discovery. But then again, maybe the parties will elect not to do so. The same attorneys recently worked together cooperatively and settled the Stagger case, which was pending before Judge Tharp and then appealed to the Seventh Circuit. The Court directs the parties to engage in settlement discussions in good faith, before embarking on potentially costly jurisdictional discovery. An in−person status hearing is set for April 10, 2023 at 10:30 a.m. The parties must file a status report two days before the hearing. In the meantime, the motion to dismiss for failure to state a claim (Dckt. No. [16]) is hereby denied as moot. Mailed notice. (jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.