# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Angelica Bueno,

Plaintiff(s),

v.

Experian Information Solutions, Inc.,

Defendant(s).

Case No. 22-cv-617
Hon. Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Plaintiff's claims are hereby dismissed for want of jurisdiction. This case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge Steven C. Seeger presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on defendant's motion to dismiss (Dckt. No. [119]).

Date: 9/27/2024                                Thomas G. Bruton, Clerk of Court

                                               Jessica J. Ramos, Deputy Clerk